UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23376-MC-O'SULLIVAN

IN THE MATTER OF THE EXTRADITION OF

JOSE FRANCISCO CIFUENTES GONZALES

_____/

## ORDER

THIS MATTER came before the Court on Jose Francisco Cifuentes Gonzales'

Motion to Dismiss Complaint and/or Quash Warrant Requesting Extradition (DE# 19,

1/22/10). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that Jose Francisco Cifuentes Gonzales' Motion to

Dismiss Complaint and/or Quash Warrant Requesting Extradition (DE# 19, 1/22/10) is

**DENIED** for the reasons set forth herein.

## BACKGROUND

On November 4, 2009, this Court issued a complaint for the provisional arrest of

Jose Francisco Cifuentes Gonzales ("Cifuentes") with a view towards extradition at the

request of the United States, acting on behalf of the Republic of Slovenia. See

Complaint (DE# 3, 11/8/09). In that complaint, the United States alleged that Cifuentes

was wanted to stand trial in the Republic of Slovenia for his involvement in the unlawful

trade and manufacture of narcotics, specifically ecstacy tablets, in violation of Article

196, Paragraph 1 and 2 of the Slovenian Penal Code. Id.

On November 16, 2009, Cifuentes was arrested pursuant to an arrest warrant

issued by this Court in conjunction with the issuance of the extradition complaint. See

Return of Arrest Warrant (D.E.# 9, 11/18/09).  Cifuentes has been held without bond,

pending the resolution of these extradition proceedings.

On January, 22 2010, Cifuentes moved to dismiss the complaint for extradition

and/or to quash the extradition warrant. See Mr. Cifuentes' Motion to Dismiss (DE# 19,

1/22/10).  On February 5, 2010, the government filed its response.  See Government's

Response to Jose Cifuentes' Motion to Dismiss (DE# 22, 2/5/10). The government filed

an amended response on February 8, 2010.  See Government's Amended Response to

Jose Cifuentes' Motion to Dismiss (DE# 23, 2/8/10).

## FACTS

The United States has sought extradition of the Cifuentes on behalf of the

Republic of Slovenia.  Cifuentes is being sought for the unlawful trade and manufacture

of narcotics, specifically ecstacy tablets.

## ANALYSIS

Cifuentes seeks to dismiss the extradition complaint and/or to quash the

extradition warrant based on grounds that there is insufficient evidence to support

probable cause of Cifuentes' guilt and that he has not been identified as the same

individual charged with the offenses by the Republic of Slovenia.  See Mr. Cifuentes'

Motion to Dismiss (DE# 19, 1/22/10).  For the reasons set forth in the Extradition

Certification and Order of Commitment, the Court finds that the evidence presented by

the government is sufficient to support probable cause that Cifuentes trafficked in

ecstacy and that he is the same individual charged with the offenses by the Republic of

Slovenia.

## **CONCLUSION**

Based on the foregoing, Jose Francisco Cifuentes Gonzales' Motion to Dismiss

Complaint and/or Quash Warrant Requesting Extradition (DE# 19, 1/22/09) is **DENIED**.

DONE AND ORDERED, in Chambers, at Miami, Florida this __**29th**__ day of

March, 2010.

JOHN  J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record

3